**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DIANE M. HENDRICKS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. 02-71477 |
| I. ) | |
| ) | HON. JOHN CORBETT O'MEARA |
| COMERICA BANK, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER DISSOLVING**
**PRELIMINARY INJUNCTION**
**AND TEMPORARY RESTRAINING ORDER**

Pursuant to the order of the Sixth Circuit dated December 20, 2004 and the Sixth Circuit's mandate dated November 29, 2005, the preliminary injunction entered in this case on June 18, 2003 and the temporary restraining order entered in this case on April 17, 2002 are hereby vacated and dissolved.

                                                    s/John Corbett O'Meara
                                                    John Corbett O'Meara
                                                    United States District Judge

Dated:  December 21, 2005